UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

————————

| | |
|---|---|
| RICHARD THOMAS CHILDS | CIVIL ACTION NO |
| VS. | JURY TRIAL DEMANDED |
| BRIAN GROGAN | JANUARY 17, 2022 |

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this Court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is a long-time resident of Ansonia, Connecticut.

4. The defendant is presently a sergeant in the Derby Police Department. He is sued only in his individual capacity. He was an officer in the Derby Police Department at all times relevant to this complaint.

5. During all times mentioned in this complaint, the defendant was acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. In the evening of January 21, 2017 the plaintiff was driving a 1990 Honda Accord owned by him on Lafayette Street in the City of Derby, Connecticut.

7. While driving on Lafayette Street, he was pulled over and stopped by the defendant Brian Grogan for what was termed "an investigatory stop". He was searched and nothing illegal was found on his person or in his car.

8. During the search of the plaintiff, the defendant officer violently and without provocation or justification struck him several times in his left side.

9. The defendant wrongfully charged Mr. Childs with interfering with a police officer in violation of 53a-167a C.G.S. and tampering with evidence in violation of 53a-155 C.G.S. on said date.

10. On December 18, 2020 said criminal charges were nolled by the States Attorney, and subsequently dismissed months later according to 54-142a C.G.S.

11. As a result of the defendant's wrongful actions aforesaid, the plaintiff suffered non-displaced fractures to the left anterolateral third through fifth ribs, with side chest pain, shortness of breath, inability to sleep, emotional distress and anxiety.

12. In the manner described above, the defendant violated the plaintiff's right to be free from false arrest, unreasonable force and malicious prosecution which rights are secured to the plaintiff by the fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code, and by the common and statutory law of the State of Connecticut.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.


THE PLAINTIFF

/s/ *Jonathan J. Einhorn*

_____

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
JURIS NO.  ct00163
203-777-3777
einhornlawoffice@gmail.com